UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRUEBLUE, INC.,

    Plaintiff,

v.                                      Case No: 8:09-CV-1894-T-30MAP

TIMOTHY P. DYN, JENNIFER
RODRIGUEZ, STAFFING EXPRESS,
INC., and AEMILIA GUTIERREZ-ORIAL,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #63) and the Objection (Dkt. #65) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #63) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2.  Plaintiff's Motion for Preliminary Injunction is GRANTED to the extent that Defendants Aemilia Gutierrez-Orial, Staffing Express, Inc., Timothy P. Dyn, and Jennifer Rodriguez shall:

   a.  refrain from using or disclosing, directly or indirectly, any documents and information or property of TrueBlue, Inc., including all e-mails or documents containing, attaching, or referring to TrueBlue, Inc. confidential information which Defendant Aemilia Gutierrez-Orial e-mailed from her work account to both her personal e-mail accounts and directly to Staffing Express, Inc., Timothy P. Dyn, and Jennifer Rodriguez, in the days preceding her November 16, 2009, resignation;

   b.  refrain from destroying, discarding, or altering, directly or indirectly, all TrueBlue, Inc. property, including all e-mails or documents containing, attaching, or referring to TrueBlue, Inc. confidential information which Defendant Aemilia Gutierrez-Orial e-mailed from her work account to both her personal e-mail accounts and directly to Staffing Express, Inc., Timothy P. Dyn, and Jennifer Rodriguez, in the days preceding her November 16, 2009, resignation; and

   c.  immediately return to TrueBlue, Inc. all originals and copies of TrueBlue, Inc. property, including all e-mails or documents containing, attaching, or referring to TrueBlue, Inc. confidential information which

Defendant Aemilia Gutierrez-Orial e-mailed from her work account to both her personal e-mail accounts and directly to Staffing Express, Inc., Timothy P. Dyn, and Jennifer Rodriguez, in the days preceding her November 16, 2009, resignation.

3. In all other respects, Plaintiff's Motion for Preliminary Injunction is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 24, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2009\09-cv-1894.adopt 63.wpd