UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRUEBLUE, INC.,**

 Plaintiff,

v.               Case No.  8:09-cv-1894-T-30MAP

**TIMOTHY P. DYN, et al.,**

 Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Timothy P. Dyn's Motion to Compel Payment of Additional Funds in Satisfaction of Washington Judgments (Dkt. 139). The Court concludes that the motion should be denied as premature.

This case was originally filed on or about June 5, 2009, in the United States District Court for the Western District of Washington. Plaintiff filed a notice of voluntary dismissal of the Washington action on September 3, 2009. Plaintiff then filed the instant case on September 16, 2009. On December 10, 2009, the Washington district court entered a judgment in favor of Defendant Timothy P. Dyn ("Dyn") in the amount of $20,020.03 for the attorneys' fees and costs he incurred as a result of the voluntary dismissal.

The Court previously ordered Plaintiff to post the $20,020.03 judgment amount with the Clerk of the Court (Dkt. 125). The Order stated that if Plaintiff prevailed on its appeal of the judgment, the Court would direct the Clerk of the Court to release the funds to

Plaintiff.  Otherwise, the Court would direct the Clerk of the Court to release the funds to Dyn.

The instant motion requests the Court to order Plaintiff to post $24,000 of additional monies, the vast amount which represents Dyn's appellate fees.  Dyn states that he "anticipates" the Ninth Circuit will grant his fee request.  Dyn also requests that the Court impose a stay of this case until the additional amount is posted with the Clerk of the Court.

The Court concludes that Dyn's request is premature.  The amount of $20,020.03 that is currently being held by the Clerk of Court represents the amount of the judgment entered against Plaintiff by the Washington district court.  A judgment has not been entered in the Washington action for Dyn's appellate fees.  And, until a judgment is entered, the Court will not rule that Plaintiff has to post this money with the Clerk of Court.

However, because Dyn prevailed on appeal, the Court will order that the money currently being held by the Clerk of Court be disbursed to Dyn, upon Dyn's request for same.

It is therefore ORDERED AND ADJUDGED that Defendant Timothy P. Dyn's Motion to Compel Payment of Additional Funds in Satisfaction of Washington Judgments (Dkt. 139) is hereby DENIED as premature.

**DONE** and **ORDERED** in Tampa, Florida on March 25, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-1894.frm