**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TRUEBLUE, INC.,

    Plaintiff,

v.                                                  Case No. 8:09-cv-1894-T-30MAP

TIMOTHY P. DYN, et al.,

    Defendants.
_____/

## **ORDER OF DISMISSAL**

The Court has been advised by Magistrate Judge Thomas B. McCoun, III, that the above-styled action has been settled as to the remaining Defendant, AEMILIA GUTIERREZ-ORIAL. Magistrate Judge McCoun held an evidentiary hearing on Aemilia Gutierrez-Orial's Motion to Enforce Settlement Agreement (Dkt. #160) on July 19, 2011. The settlement was announced in open Court. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on July 19, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2009\09-cv-1894.dismissal.wpd